**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA PRUITT,<br><br>                              Plaintiff,<br><br>   v.<br><br>SMITH'S FOOD AND DRUG<br>CENTERS, INC., dba SMITH'S,<br>an Ohio Corporation,<br><br>                              Defendant. | 3:26-cv-00144-ART-CLB<br><br>**ORDER**<br><br>Re: ECF No. 18 |

Before the court is Defendant's Motion for Exemption from Early Neutral Evaluation Program. (ECF No. 18.)  To date, no response has been filed by Plaintiff.

**IT IS HEREBY ORDERED** that Defendant's Motion for Exemption from Early Neutral Evaluation Program (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the telephonic status conference scheduled on **Monday, June 15, 2026, at 11:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the Early Neutral Evaluation Session scheduled on **Wednesday, June 17, 2026, at 9:00 a.m.** is **VACATED**.

DATED: April 22, 2026.

_____

Craig S. Denney
United States Magistrate Judge